## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| PEGASUS LEGAL FUNDING, LLC, <br><br> and <br><br> PEGASUS FUNDING, LLC, <br>     Plaintiffs / Counterclaim Defendants, <br><br> v. <br><br> HEATHER GERKEN, <br>     Defendant / Counterclaim Plaintiff <br><br> and <br><br> PRIME CASE FUNDING, LLC, <br>     Defendant. | 14-cv-09038 <br><br> **NOTICE OF MOTION** <br> **TO DISMISS COUNTERCLAIMS** |

TO:    Jonathan S. Sack, Esquire
           Sack & Sack, Esqs.
           110 East 59th Street, 19th Floor
           New York, NY 10022
           Attorney for Defendant/Counterclaim Plaintiff Heather Gerken

PLEASE TAKE NOTICE, that upon the enclosed Affirmation of Angela L. Baglanzis, including the exhibit attached thereto, and the Memorandum of Law in Support of Motion to Dismiss Counterclaims, Plaintiffs, Pegasus Legal Funding, LLC, and Pegasus Funding, LLC (collectively, "Pegasus"), by an through their undersigned counsel, will move this Court on December 22, 2014, at 9:30 o'clock in the forenoon of that day before the Hon. Valerie E. Caproni, United States District Court Judge, at the Thurgood Marshall United States Courthouse, Courtroom 443, 40 Foley Square, New York, New York, or as soon thereafter as counsel may be heard, for an Order pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure dismissing the

4875481

Counterclaims asserted by Heather Gerken ("Gerken") in this action in their entirety and granting such other and further relief as the Court deems just and proper.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Local Rules of this Court, Ms. Gerken's Opposition papers, if any, must be served on Pegasus within fourteen (14) days after service of Pegasus' moving papers. Pegasus' reply to Ms. Gerken's Opposition will be served within seven (7) days of Ms. Gerken's service of her answering papers.

        Respectfully submitted,

        Obermayer Rebmann Maxwell & Hippel LLP

Dated: November 19, 2014    /s/ Angela L. Baglanzis
        Angela L. Baglanzis, Esquire
        1617 John F. Kennedy Blvd., Suite 1900
        Philadelphia, PA 19103
        Telephone: (215) 665-3067
        Facsimile: (215) 665-3165
        Angela.baglanzis@obermayer.com

        *Attorneys for Plaintiffs / Counterclaim Defendants Pegasus Legal Funding, LLC, and Pegasus Funding, LLC*